# Exhibit A

## CLEANING AND STORAGE

- To clean your fan, first turn it OFF and UNPLUG the unit.
- Use a soft cloth to wipe the housing. DO NOT use water or any other chemical solution or cleaner. DO NOT soak or immerse the fan in water or liquid.
- DO NOT ATTEMPT TO TAKE THE FAN APART.
- Store in a dry place away from excessive heat and direct sunlight.
- Regular cleaning will ensure optimum performance and appearance of the fan.
- DO NOT kink the power cord when storing or while in use.

## TROUBLESHOOTING

| Problem | Possible Cause | Solution |
|---|---|---|
| • Fan does not operate | • Plug is not fully inserted into wall<br>• Fuse in plug is tripped | • Make sure plug is fully plugged into wall<br>• Replace fuse |

### HAVE A PROBLEM? DO NOT RETURN TO PLACE OF PURCHASE. PLEASE CONTACT CUSTOMER SERVICE.

*Should you have any questions or comments please contact us at:*
*customerservice@blackstoneltd.com*
**1-888-525-7969**

**WARRANTY:** This fan combo includes a one (1) year warranty, which covers manufacturer defects and workmanship under normal use. Warranty is offered only to the original purchaser. Proof of purchase is required. Proof of purchase constitutes a dated sales receipt. This warranty is void if the fan(s) have been subject to abuse such as: being dropped which could result in damage to the fan cabinets, motors, fan controls, etc. immersion in or exposure to water, exposure to excessive heat, outdoor usage, any use other than household use, disassembly, repair or alteration by anyone other than an authorized service provider, use on improper voltage or current, or any use contrary to the user instructions.
Batteries and battery life are not covered in this warranty. No other warranties are expressed or implied. To receive coverage under this warranty, contact customer service for consultation and/or replacement.
**DO NOT attempt to repair any electrical or mechanical functions of this product; doing so will void this warranty and could lead to injury.**

*Distributed by:*
**Blackstone International, Ltd.**
2018 Lord Baltimore Dr.
Windsor Mill, MD 21244
customerservice@blackstoneltd.com
1-888-525-7969

©2016 Blackstone International Ltd. Sunter Fans™ and other trademarks are the property of the respective owners. All other brand names and logos are registered trademarks of their respective owners. Specifications are subject to change without notice.



# SUNTER™
# 40-INCH TOWER FAN
## INSTRUCTION MANUAL

MODEL: SFC-2016
VOLTAGE: 120V AC
FREQUENCY: 60Hz
CURRENT: 0.45A







### PLEASE READ, UNDERSTAND AND FOLLOW BEFORE USING
### SAVE THESE INSTRUCTIONS
### FOR HOUSEHOLD USE ONLY

This product contains a button battery. If swallowed, it could cause severe injury or death in just 2 hours. Seek medical attention immediately.

# PLEASE READ AND SAVE THESE INSTRUCTIONS

**WHEN USING ELECTRICAL APPLIANCES, BASIC PRECAUTIONS SHOULD ALWAYS BE FOLLOWED TO REDUCE THE RISK OF FIRE, ELECTRIC SHOCK AND INJURY TO PERSON OR PROPERTY, INCLUDING THE FOLLOWING:**

- Read all instructions before using this product.
- Use this fan only as described in this manual. Any other use not recommended by the manufacturer may cause fire, electrical shock or injury to person or property and may void the warranty.
- Always unplug unit before assembly, disassembly or cleaning.
- Always unplug unit when not in use, when moving from one location to another and before cleaning.
- To disconnect, grasp the plug and pull it from the wall outlet. DO NOT unplug by pulling on cord.
- The use of attachments is not recommended nor sold by the manufacturer and may cause hazards.
- Avoid contact with moving parts.
- DO NOT operate any fan with a damaged cord or plug, after a malfunction, or if dropped or damaged in any manner.
- DO NOT operate the fan in the presence of explosive and/or flammable fumes.
- DO NOT place the fan or any parts near an open flame, cooking or other heating appliances.
- Extreme caution is necessary when fan is used by or near children and whenever the fan is left operating and unattended.
- This product is intended for household use only and not for commercial or industrial use.
- DO NOT use outdoors.
- Always use on a dry, level surface.
- DO NOT operate if the fan housing is removed or damaged.
- A loose fit between the AC outlet and plug may cause overheating of the plug; consult a qualified electrician.
- DO NOT run cord under carpeting. DO NOT cover cord with throw rugs, runners, or the like. Arrange cord away from traffic area and where it will not be tripped over.
- This product employs overload protection (fuse). A tripped fuse indicates an overload or short-circuit situation. If the fuse trips, unplug the product from the outlet. Replace the fuse as per the user servicing instructions. If the replacement fuse trips, the product should be discarded or returned to an authorized service facility for examination or repair.
- DO NOT connect the fan to any power sources other than a 120V alternating current polarized outlet.
- This product contains a button battery. If swallowed, it could cause severe injury or death in just 2 hours. Seek medical attention immediately.
- WARNING: To reduce the risk of electric shock, DO NOT use this fan with any solid-state speed control and DO NOT insert finger or any object into grill.
- POLARIZED PLUG: This appliance has a polarized plug (one blade is wider than the other). To reduce the risk of electric shock, this plug is intended to fit in a polarized outlet only one way. If the plug does not fit fully into the outlet, reverse the plug and try again. It if still does not fit, contact a qualified electrician. DO NOT attempt to change this safety feature.

## USER SERVICING INSTRUCTIONS

**A.** To disconnect, grasp the plug and pull it from the wall outlet. DO NOT unplug by pulling on cord.
**B.** Open fuse cover. To open, slide cover towards the blades. (See Fig. 1)
**C.** Remove the fuse carefully, making sure not to break the fuse. (See Fig. 2)
**D.** Risk of fire. Replace fuse only with a 5A, 125V fuse.
**E.** Close fuse cover. Slide close the fuse access cover on top of plug. (See Fig. 3)



**The fan plug uses a 5 amp fuse.**
In the event of loss of power please check the fuse located within the plug. A spare fuse is provided. It is located on the back of the plug. Please see Fig.4 and Fig 5. above to access and install the spare fuse.

## NOTICE:
1. When you replace the fuse, DO NOT force the slide suddenly or overexert to reduce the risk of damage.
2. If you experience difficulty replacing the fuse, contact a qualified electrician to help.
3. Make sure fuse access cover is closed.



⏻ - Turns fan on/off
**LO** - Fan speed low
**MED** - Fan speed medium
**HI** - Fan speed high



↻ - Oscillating Selection: Starts and stops the oscillation of the fan.

# PLEASE READ AND SAVE THESE INSTRUCTIONS

**WHEN USING ELECTRICAL APPLIANCES, BASIC PRECAUTIONS SHOULD ALWAYS BE FOLLOWED TO REDUCE THE RISK OF FIRE, ELECTRIC SHOCK AND INJURY TO PERSON OR PROPERTY, INCLUDING THE FOLLOWING:**

- Read all instructions before using this product.

- Use this fan only as described in this manual. Any other use not recommended by the manufacturer may cause fire, electrical shock or injury to person or property and may void the warranty.

- Always unplug unit before assembly, disassembly or cleaning.

- Always unplug unit when not in use, when moving from one location to another and before cleaning.

- To disconnect, grasp the plug and pull it from the wall outlet. DO NOT unplug by pulling on cord.

- The use of attachments is not recommended nor sold by the manufacturer and may cause hazards.

- Avoid contact with moving parts.

- DO NOT operate any fan with a damaged cord or plug, after a malfunction, or if dropped or damaged in any manner.

- DO NOT operate the fan in the presence of explosive and/or flammable fumes.

- DO NOT place the fan or any parts near an open flame, cooking or other heating appliances.

- Extreme caution is necessary when fan is used by or near children and whenever the fan is left operating and unattended.

- This product is intended for household use only and not for commercial or industrial use.

- DO NOT use outdoors.

- Always use on a dry, level surface.

- DO NOT operate if the fan housing is removed or damaged.

- A loose fit between the AC outlet and plug may cause overheating of the plug; consult a qualified electrician.

- DO NOT run cord under carpeting. DO NOT cover cord with throw rugs, runners, or the like. Arrange cord away from traffic areas and where it will not be tripped over.

- This product employs overload protection (fuse). A tripped fuse indicates an overload or short-circuit situation. If the fuse trips, unplug the product from the outlet. Replace the fuse as per the user servicing instructions. If the replacement fuse blows, the product should be discarded or returned to an authorized service facility for examination or repair.

- DO NOT connect the fan to any power sources other than a 120V alternating current polarized outlet.

- WARNING: To reduce the risk of electric shock, DO NOT use this fan with any solid-state speed control and DO NOT insert finger or any object into grill.

- POLARIZED PLUG: This appliance has a polarized plug (one blade is wider than the other). To reduce the risk of electric shock, this plug is intended to fit in a polarized outlet only one way. If the plug does not fit fully into the outlet, reverse the plug and try again. It if still does not fit, contact a qualified electrician. DO NOT attempt to change this safety feature.

## USER SERVICING INSTRUCTIONS

A. To disconnect, grasp the plug and pull it from the wall outlet. DO NOT unplug by pulling on cord.
B. Open fuse cover. To open, slide cover towards the blades. (See Fig. 1)
C. Remove the fuse carefully, making sure not to break the fuse. (See Fig. 2)
D. Risk of fire. Replace fuse only with a 5A, 125V fuse.
E. Close fuse cover. Slide close the fuse access cover on top of plug. (See Fig. 3)



Fig. 1   Fig. 2   Fig. 3   Fig. 4   Fig. 5

Spare fuse on back of plug.   SPARE FUSE 5.0A MAX

### The fan plug uses a 5 amp fuse.

In the event of loss of power please check the fuse located within the plug. A spare fuse is provided. it is located on the back of the plug. Please see Fig.4 and Fig 5. above to access and install the spare fuse.

### NOTICE:

1. When you replace the fuse, DO NOT force the slide suddenly or overexert to reduce the risk of damage.
2. If you experience difficulty replacing the fuse, contact a qualified electrician to help.
3. Make sure fuse access cover is closed.

### CLEANING AND STORAGE

- To clean your fan, first turn it OFF and UNPLUG the unit.

- Use a soft cloth to wipe the housing. DO NOT use water or any other chemical solution or cleaner. DO NOT soak or immerse the fan in water or liquid.

- DO NOT ATTEMPT TO TAKE THE FAN APART.

- Store in a dry place away from excessive heat and direct sunlight.

- Regular cleaning will ensure optimum performance and appearance of the fan.

- DO NOT kink the power cord when storing or while in use.

# ASSEMBLY

## PARTS LIST



A) Fan Body



B) Base Front    C) Base Back



D) 4 X Body Screws



E) 2 X Base Screws



F) Remote Control

## Step 1

Turn the base upside down. Firmly snamp the Base Front (B) onto the Base Back (C) by aligning the four holes onto the four posts. Tighten the Base Screws so that the Base Front (B) is secure with the Base Back (C).

 

 

## Step 3



Run the power cord through the guide on the bottom of the Base Back (C) by tucking the cord under the tabs. Set fan upright on the base and it is ready for use.





# 13-INCH PERSONAL FAN
## INSTRUCTION MANUAL

MODEL: SFC-2016
VOLTAGE: 120V AC
FREQUENCY: 60Hz
CURRENT: 0.35A





**PLEASE READ, UNDERSTAND AND FOLLOW BEFORE USING**

**SAVE THESE INSTRUCTIONS**

**FOR HOUSEHOLD USE ONLY**

| Problem | Possible Cause | Solution |
|---|---|---|
| The fan is not operating. | The plug is not fully inserted into the wall outlet. | Make sure that the plug is fully inserted into the base AC wall outlet. |
| | The wall outlet experienced an overload. | Unplug the fan. Inspect the main electrical breaker box. If you find a tripped breaker, reset it. If the problem persists, contact a qualified, licensed electrician. |
| | Fuse in plug fails. | Remove and inspect the fuse located in the plug. If the fuse is tripped, replace with the appropriate 5 amp, 125V fuse. If the problem persists, contact a qualified, licensed electrician. |
| | The fan is defective. | Contact customer service at customerservice@blackstoneltd.com or call 1-888-525-7969 for assistance. |
| The remote control does not operate the fan. | Make sure remote is pointed toward front infrared window of fan | |
| | Inspect the battery to ensure it is correctly installed. | Replace the battery. For best performance we recommend using a Duracell DL2032 battery. |
| | The battery is expired. | If the problem persists, contact customer service at customerservice@blackstoneltd.com or call 1-888-525-7969 for assistance. |
| The fan(s) are missing parts. | Omitted parts are extremely rare due to stringent quality control during assembly; however there is a possibility that parts can be omitted. | Contact customer service at customerservice@blackstoneltd.com or call 1-888-525-7969 to request a replacement fan. |

# CUSTOMER SERVICE

**HAVE A PROBLEM? DO NOT RETURN TO PLACE OF PURCHASE. PLEASE CONTACT CUSTOMER SERVICE.**

*Should you have any questions or comments please contact us at:*
*customerservice@blackstoneltd.com*
**1-888-525-7969**

**WARRANTY:** This fan combo includes a one (1) year warranty, which covers manufacturer defects and workmanship under normal use. Warranty is offered only to the original purchaser. Proof of purchase is required. Proof of purchase constitutes a dated sales receipt. This warranty is void if the fan(s) have been subject to abuse such as: being dropped which could result in damage to the fan cabinets, motors, fan controls, etc. immersion in or exposure to water, exposure to excessive heat, outdoor usage, any use other than household use, disassembly, repair or alteration by anyone other than an authorized service provider, use on improper voltage or current, or any use contrary to the user instructions. Batteries and battery life are not covered in this warranty. No other warranties are expressed or implied. To receive coverage under this warranty, contact customer service for consultation and/or replacement.

**DO NOT attempt to repair any electrical or mechanical functions of this product; doing so will void this warranty and could lead to injury.**

*Distributed by:*
**Blackstone International, Ltd.**
2018 Lord Baltimore Dr.
Windsor Mill, MD 21244
**customerservice@blackstoneltd.com**
**1-888-525-7969**

©2016 Blackstone International Ltd. Sunter Fans™ and other trademarks are the property of the respective owners. All other brand names and logos are registered trademarks of their respective owners. Specifications are subject to change without notice.

### Step 2

Pass the Power Cord through the center hole of the base.

Align the Base Front (B) and insert the four posts on the Fan Body (A) into the four holes on the top of the base. It will only fit one way. Place the four Body Screws (D) into the holes through the bottom of the base and securely tighten.



## OPERATION

### CONTROL PANEL



 **POWER** Turns Fan On/Off

**SPEED SELECTION**
Allows four different speed selections



    
ECON  LOW  MED  HIGH

 **OSCILLATION**
Turns oscillation On/Off

**MODE** **WIND SELECTION** Allows for three different wind modes

**TIMER** Allows for automatic shutoff. Time increases by 1 hour with each push of the button. The LED indicators are cumulative to a maximum of 15 hours.

### MODE EXPLANATION

 **Standard Wind**
The Standard Wind mode is simply the ECON, LOW, MED, HIGH speed settings

 **Evening Wind**
The air flows as an evening breeze to a light night breeze and are detailed as follows:

 **ECON Evening Wind**
ECON   The air flow remains at ECON

 **LOW Evening Wind**
LOW  The air flow begins at LOW, after half an hour it will drop down to ECON

 **MED Evening Wind**
MED  The air flow begins at MED, after half an hour it will drop down to LOW, after an additional half an hour it will drop down to ECON

 **HIGH Evening Wind**
HIGH  The air flow begins at HIGH, after half an hour it will drop down to MED, after an additional half an hour it will drop down to LOW, after an additional half an hour it will drop down to ECON

 **Breeze Wind**
Automatically selects wind speed randomly as you would find outdoors. The speeds are detailed as follows:

 **ECON Breeze Wind**
ECON  The wind settings will fluctuate between MED, LOW and ECON in an 80 second wind cycle that repeats with ECON being the most common

 **LOW Breeze Wind**
LOW  The wind settings will fluctuate between MED, LOW and ECON in an 80 second wind cycle that repeats with LOW being the most common

 **MED Breeze Wind**
MED  The wind settings will fluctuate between HIGH, MED, LOW and ECON in an 80 second wind cycle that repeats with MED being the most common

 **HIGH Breeze Wind**
HIGH  The wind settings will fluctuate between HIGH, MED, LOW and ECON in an 80 second wind cycle that repeats with HIGH being the most common

## OPERATION

### REMOTE CONTROL OPERATION



 **POWER** Turns Fan On/Off

 **SPEED SELECTION**
Allows four different speed selections

 **OSCILLATION**
Turns oscillation On/Off

 **MODE** **WIND SELECTION** Allows for three different wind modes

 **TIMER** Allows for automatic shutoff after preset time selections



Prior to first-time operation, please remove the clear plastic tab at the base of the remote and remove plastic covering from the front of the face.

  

This remote controller complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) This device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

NOTE: This remote controller has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.

### REMOTE CONTROL BATTERY REPLACEMENT


1. Push
2. Open   FIG. 1

- On the back of the remote, unscrew the screw located on the bottom right hand side. This will allow the tray containing the battery to be released.
- Release the tray by squeezing the small clip and pulling down the tab at the bottom of the remote (Fig. 1).
- Replace the battery with 1 "DL2032" coin cell battery and dispose of properly and in accordance with local law and ordinances.
- Slide the tab back into position and replace the screw to lock into position.
- **DO NOT DISPOSE OF BATTERY IN FIRE, BATTERY MAY EXPLODE OR LEAK.**
- This product contains a button battery. If swallowed, it could cause severe injury or death in just 2 hours. Seek medical attention immediately.
- For best performance we recommend using a Duracell DL2032 battery.

