# Exhibit B

## TROUBLESHOOTING

| Problem | Possible Cause | Solution |
|---|---|---|
| The fan is not operating. | The plug is not fully inserted into the wall outlet. | Make sure that the plug is fully inserted into the base AC wall outlet. |
| | The wall outlet experienced an overload. | Unplug the fan. Inspect the main electrical breaker box. If you find a tripped breaker, reset it. If the problem persists, contact a qualified, licensed electrician. |
| | Fuse in plug fails. | Remove and inspect the fuse located in the plug. If the fuse is tripped, replace with the appropriate 5 amp, 125V fuse. If the problem persists, contact a qualified, licensed electrician. |
| | The fan is defective. | Contact customer service at customerservice@blackstoneltd.com or call 1-888-525-7969 for assistance. |
| The remote control does not operate the fan. | Make sure remote is pointed toward front infrared window of fan | |
| | Inspect the battery to ensure it is correctly installed. | Replace the battery. For best performance we recommend using a Duracell DL2032 battery. |
| | The battery is expired. | If the problem persists, contact customer service at customerservice@blackstoneltd.com or call 1-888-525-7969 for assistance. |
| The fan(s) are missing parts. | Omitted parts are extremely rare due to stringent quality control during assembly; however there is a possibility that parts can be omitted. | Contact customer service at customerservice@blackstoneltd.com or call 1-888-525-7969 to request a replacement fan. |

## CUSTOMER SERVICE

**HAVE A PROBLEM? DO NOT RETURN TO PLACE OF PURCHASE. PLEASE CONTACT CUSTOMER SERVICE.**

*Should you have any questions or comments please contact us at:*
*customerservice@blackstoneltd.com*
**1-888-525-7969**

**WARRANTY:** This fan includes a one (1) year warranty, which covers manufacturer defects and workmanship under normal use. Warranty is offered only to the original purchaser. Proof of purchase is required. Proof of purchase constitutes a dated sales receipt. This warranty is void if the fan(s) have been subject to abuse such as: being dropped which could result in damage to the fan cabinets, motors, fan controls, etc. immersion in or exposure to water, exposure to excessive heat, outdoor usage, any use other than household use, disassembly, repair or alteration by anyone other than an authorized service provider, use on improper voltage or current, or any use contrary to the user instructions. Batteries and battery life are not covered in this warranty. No other warranties are expressed or implied. To receive coverage under this warranty, contact customer service for consultation and/or replacement. **DO NOT** attempt to repair any electrical or mechanical functions of this product; doing so will void this warranty and could lead to injury.

**WARRANTY ACTIVATION:** To activate the warranty for this product please visit:
http://www.blackstoneinternational.ltd/product-registration

*Distributed by:*
**Blackstone International, Ltd.**
2018 Lord Baltimore Dr.
Windsor Mill, MD 21244
**customerservice@blackstoneltd.com**
**1-888-525-7969**
**www.blackstoneinternational.ltd**

©2018 Blackstone International Ltd. and other trademarks are the property of the respective owners. All other brand names and logos are registered trademarks of their respective owners. Specifications are subject to change without notice.

# CASCADE
## 40-INCH TOWER FAN
### INSTRUCTION MANUAL

MODEL: TF40-18
(TF40-18-CA)
FACTORY MODEL: S00001
VOLTAGE: 120V AC
FREQUENCY: 60Hz
CURRENT: 0.45A





**PLEASE READ, UNDERSTAND AND FOLLOW BEFORE USING**

**SAVE THESE INSTRUCTIONS**

**FOR HOUSEHOLD USE ONLY**

This product contains a button battery. If swallowed, it could cause severe injury or death in just 2 hours. Seek medical attention immediately.

Use Only With a Fuse Rated 5 Amperes, 125 Volts.

# PLEASE READ AND SAVE THESE INSTRUCTIONS

**WHEN USING ELECTRICAL APPLIANCES, BASIC PRECAUTIONS SHOULD ALWAYS BE FOLLOWED TO REDUCE THE RISK OF FIRE, ELECTRIC SHOCK AND INJURY TO PERSON OR PROPERTY, INCLUDING THE FOLLOWING:**

- Read all instructions before using this product.
- Use this fan only as described in this manual. Any other use not recommended by the manufacturer may cause f re, electrical shock or injury to person or property and may void the warranty.
- Always unplug unit before assembly, disassembly or cleaning.
- Always unplug unit when not in use, when moving from one location to another and before cleaning.
- To disconnect, grasp the plug and pull it from the wall outlet. DO NOT unplug by pulling on cord.
- The use of attachments is not recommended nor sold by the manufacturer and may cause hazards.
- Avoid contact with moving parts.
- DO NOT operate any fan with a damaged cord or plug, after a malfunction, or if dropped or damaged in any manner.
- DO NOT operate the fan in the presence of explosive and/or flammable fumes
- DO NOT place the fan or any parts near an open fla e, cooking or other heating appliances.
- Extreme caution is necessary when fan is used by or near children and whenever the fan is left operating and unattended.

- This product is intended for household use only and not for commercial or industrial use.
- DO NOT use outdoors.
- Always use on a dry, level surface.
- DO NOT operate if the fan housing is removed or damaged.
- A loose fit  etween the AC outlet and plug may cause overheating of the plug; consult a qualified el ctrician.
- DO NOT run cord under carpeting. DO NOT cover cord with throw rugs, runners, or the like. Arrange cord away from traffic area and where it will not be tripped over.
- This product employs overload protection (fuse). A tripped fuse indicates an overload or short-circuit situation. If the fuse trips, unplug the product from the outlet. Replace the fuse as per the user servicing instructions. If the replacement fuse trips, the product should be discarded or returned to an authorized service facility for examination or repair.
- DO NOT connect the fan to any power sources other than a 120V alternating current polarized outlet.
- This product contains a button battery. If swallowed, it could cause severe injury or death in just 2 hours. Seek medical attention immediately.

**Note**: To reduce the risk of fire, electrical shock and injury to a person or property, do not plug this product into extension cords. The extension cord could overheat. If the use of an extension cord is necessary, use a short extension cord that is UL or ETL listed to decrease the chance of overheating. Do not plug the fan into any cord connected devices. This includes surge protectors, multiple outlet adapters, and power strips.

# OPERATION

## REMOTE CONTROL OPERATION



 **POWER** Turns Fan On/Off

 **SPEED SELECTION** Allows four different speed selections

**OSCILLATION** Turns oscillation On/Off

**MODE** **WIND SELECTION** Allows for three different wind modes

 **TIMER** Allows for automatic shutoff after preset time selections



**Prior to first-time operation, please remove the clear plastic tab at the base of the remote and remove plastic covering from the front of the face.**

  

❶ ❷ ❸

This remote controller complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) This device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

NOTE: This remote controller has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.

## REMOTE CONTROL BATTERY REPLACEMENT



1. Push
2. Open

FIG. 1

- On the back of the remote, press the release button on the bottom right hand side. This will allow the tray containing the battery to be released.
- Release the tray by squeezing the small clip and pulling down the tab at the bottom of the remote (Fig. 1).
- Replace the battery with 1 "DL2032" coin cell battery and dispose of properly and in accordance with local law and ordinances.
- Slide the tab back into position until the tray locks into the remote.
- **DO NOT DISPOSE OF BATTERY IN FIRE, BATTERY MAY EXPLODE OR LEAK.**
- This product contains a button battery. If swallowed, it could cause severe injury or death in just 2 hours. Seek medical attention immediately.
- For best performance we recommend using a Duracell DL2032 battery.



## PARTS LIST



**A) Fan Body**



**B) Base Front**   **C) Base Back**



 

**D) 4 X Body Scews**   **E) 2 X Base Screws**



**F)   Remote Control**

## Step 1

Turn the base upside down. Firmly snamp the Base Front (B) onto the Base Back (C) by aligning the four holes onto the four posts.  Tighten the Base Screws so that the Base Front (B) is secure with the Base Back (C).






## Step 3

Run the power cord through the guide on the bottom of the Base Back (C) by tucking the cord under the tabs.  Set fan upright on the base and it is ready for use.



## Step 2

Pass the Power Cord through the center hole of the base.

Align the Base Front (B) and insert the four posts on the Fan Body (A) into the four holes on the top of the base.  It will only fit one way.  Place the four Body Screws (D) into the holes through the bottom of the base and securely tighten.



## OPERATION

### CONTROL PANEL



### MODE EXPLANATION

 **Standard Wind**
The Standard Wind mode is simply the ECON, LOW, MED, HIGH speed settings

 **Evening Wind**
The air flows as an evening breeze to a light night breeze and are detailed as follows:

 ECON **ECON Evening Wind**
The air flow remains at ECON

 LOW **LOW Evening Wind**
The air flow begins at LOW, after half an hour it will drop down to ECON

 MED **MED Evening Wind**
The air flow begins at MED, after half an hour it will drop down to LOW, after an additional half an hour it will drop down to ECON

HIGH **HIGH Evening Wind**
The air flow begins at HIGH, after half an hour it will drop down to MED, after an additional half an hour it will drop down to LOW, after an additional half an hour it will drop down to ECON

 **POWER** Turns Fan On/Off

 **OSCILLATION**
Turns oscillation On/Off

**MODE**  **WIND SELECTION** Allows for three different wind modes

 **TIMER** Allows for automatic shutoff. Time increases by 1 hour with each push of the button. The LED indicators are cumulative to a maximum of 15 hours.

**SPEED SELECTION**
Allows four different speed selections

   
ECON  LOW  MED  HIGH

 **Breeze Wind**
Automatically selects wind speed randomly as you would find outdoors. The speeds are detailed as follows:

 ECON **ECON Breeze Wind**
The wind settings will fluctuate between MED, LOW and ECON in an 80 second wind cycle that repeats with ECON being the most common

 LOW **LOW Breeze Wind**
The wind settings will fluctuate between MED, LOW and ECON in an 80 second wind cycle that repeats with LOW being the most common

 MED **MED Breeze Wind**
The wind settings will fluctuate between HIGH, MED, LOW and ECON in an 80 second wind cycle that repeats with MED being the most common

 HIGH **HIGH Breeze Wind**
The wind settings will fluctuate between HIGH, MED, LOW and ECON in an 80 second wind cycle that repeats with HIGH being the most common

■ **WARNING:** To reduce the risk of electric shock, DO NOT use this fan with any solid-state speed control and DO NOT insert finger or any object into grill.

■ **POLARIZED PLUG:** This appliance has a polarized plug (one blade is wider than the other). To reduce the risk of electric shock, this plug is intended to fit in a polarized outlet only one way. If the plug does not fit fully into the outlet, reverse the plug and try again. It if still does not fit, contact a qualified electrician. DO NOT attempt to change this safety feature.

### USER SERVICING INSTRUCTIONS
**A.** To disconnect, grasp the plug and pull it from the wall outlet. DO NOT unplug by pulling the cord.
**B.** Open fuse cover. Slide open the fuse access cover located on the top of the plug towards to plug blades.
**C.** Remove the fuse by turning the fuse over (end over end) carefully making sure not to break the fuse. (See Fig. 2)
**D.** Risk of fire. Replace fuse only with 5A, 125V fuse.(Provided with product)
**E.** Close fuse cover. Slide close the fuse access cover toward the fan cord on the top of the plug.



### NOTICE:
**1.** When you replace the fuse, DO NOT force the slide suddenly or overexert to reduce the risk of damage.
**2.** If you experience difficulty replacing the fuse, contact a qualified electrician to help.
3. Risk of fire. Do not replace attachment plug. Contains a safety device (fuse) that should not be removed. Discard product if the attachment plug is damaged.
4. WARNING: To Reduce The Risk Of Fire Or Electric Shock, Do Not Use This Fan With Any Solid-State Speed Control Device.
5. This product employs overload protection (fuse). A blown fuse indicates an overload or short-circuit situation. If the fuse blows, unplug the product from the outlet. Replace the fuse as per the user servicing instructions (follow product marking for proper fuse rating) and check the product. If the replacement fuse blows, a short-circuit may be present and the product should be discarded or returned to an authorized service facility for examination and/or repair.
6. Do not operate any fan with a damaged cord or plug. Discard fan or return to an authorized service facility for examination and/or repair.
7. Do not run cord under carpeting. Do not cover cord with throw rugs, runners, or similar coverings. Do not route cord under furniture or appliances. Arrange cord away from traffic area and where it will not be tripped over.
8. This appliance has a polarized plug (one blade is wider than the other). To reduce the risk of electric shock, this plug is intended to fit in a polarized outlet only one way. If the plug does not fit fully in the outlet, reverse the plug. If it still does not fit, contact a qualified electrician. Do not attempt to defeat this safety feature.

### CLEANING AND STORAGE
■ To clean your fan, first turn it OFF and UNPLUG the unit.
■ Use a soft cloth to wipe the housing. DO NOT use water or any other chemical solution or cleaner. DO NOT soak or immerse the fan in water or liquid.
■ DO NOT ATTEMPT TO TAKE THE FAN APART.
■ Store in a dry place away from excessive heat and direct sunlight.
■ Regular cleaning will ensure optimum performance and appearance of the fan.
■ DO NOT kink the power cord when storing or while in use.