# Exhibit C

HSTF40-19

# CASCADE

ITM. / ART. 4013422

## 101.6 cm / 40-inch TOWER FAN

## VENTILATEUR COLONNE DE 101,6 cm / 40 po

## VENTILADOR DE TORRE DE 101,6 cm

**INSTRUCTION MANUAL**

**MANUEL D'UTILISATION**

**MANUAL DE INSTRUCCIONES**





**MODEL / MODÈLE / MODELO**
CTF- 2019
(CTF-2019-C)

**VOLTAGE / TENSION / VOLTAJE**
120V A | 120 V c.a. | 120 V c.a.

**FREQUENCY / FRÉQUENCE / FRECUENCIA**
60 Hz

**CURRENT / AMPÉRAGE / CORRIENTE**
0.55A | 0,55 A

**IMPORTANT, RETAIN FOR FUTURE REFERENCE:**
**READ CAREFULLY**
**FOR HOUSEHOLD USE ONLY**

This product contains a button battery. If swallowed, it could cause severe injury or death in just 2 hours. Seek medical attention immediately.

Use Only With a Fuse Rated 5 Amperes, 125 Volts.

**IMPORTANT : À LIRE ATTENTIVEMENT ET À CONSERVER**
**POUR USAGE DOMESTIQUE SEULEMENT**

Ce produit contient une pile bouton. En cas d'ingestion, celle-ci pourrait provoquer des blessures graves ou la mort en moins de 2 heures. Le cas échéant, consulter un médecin immédiatement.

Utiliser seulement avec un fusible de 5 ampères, 125 volts.

**IMPORTANTE, CONSERVE PARA FUTURA REFERENCIA:**
**LEA CUIDADOSAMENTE.**
**PARA USO DOMÉSTICO SOLAMENTE.**

Este producto contiene una batería tipo botón. Si se traga, podría ocasionar un daño grave e incluso la muerte en sólo 2 horas. Busque atención médica de inmediato.

Se debe usar únicamente con un fusible con capacidad de 5 amperes, 125 volts.

**WHEN USING ELECTRICAL APPLIANCES, BASIC PRECAUTIONS SHOULD ALWAYS BE FOLLOWED TO REDUCE THE RISK OF FIRE, ELECTRIC SHOCK AND INJURY TO PERSON OR PROPERTY, INCLUDING THE FOLLOWING:**

- Read all instructions before using this product.

- Use this fan only as described in this manual. Any other use not recommended by the manufacturer may cause fire, electrical shock or injury to person or property and may void the warranty.

- Always unplug unit before assembly, disassembly or cleaning.

- Always unplug unit when not in use, when moving from one location to another and before cleaning.

- To disconnect, grasp the plug and pull it from the wall outlet. DO NOT unplug by pulling on cord.

- The use of attachments is not recommended nor sold by the manufacturer and may cause hazards.

- Avoid contact with moving parts.

- DO NOT operate any fan with a damaged cord or plug, after a malfunction, or if dropped or damaged in any manner.

- DO NOT operate the fan in the presence of explosive and/or flammable fumes.

- DO NOT place the fan or any parts near an open flame, cooking or other heating appliances.

- Extreme caution is necessary when fan is used by or near children and whenever the fan is left operating and unattended.

- This product is intended for household use only and not for commercial or industrial use.

- DO NOT use outdoors.

- Always use on a dry, level surface.

- DO NOT operate if the fan housing is removed or damaged.

- A loose fit between the AC outlet and plug may cause overheating of the plug; consult a qualified electrician.

- DO NOT run cord under carpeting. DO NOT cover cord with throw rugs, runners, or the like. Arrange cord away from traffic area and where it will not be tripped over.

- This product employs overload protection (fuse). A tripped fuse indicates an overload or short-circuit situation. If the fuse trips, unplug the product from the outlet. Replace the fuse as per the user servicing instructions. If the replacement fuse trips, the product should be discarded or returned to an authorized service facility for examination or repair.

- DO NOT connect the fan to any power sources other than a 120V alternating current polarized outlet.

- This product contains a button battery. If swallowed, it could cause severe injury or death in just 2 hours. Seek medical attention immediately.

**Note**: To reduce the risk of fire, electrical shock and injury to a person or property, do not plug this product into extension cords. The extension cord could overheat. If the use of an extension cord is necessary, use a short extension cord that is UL or ETL listed to decrease the chance of overheating. Do not plug the fan into any cord connected devices. This includes surge protectors, multiple outlet adapters, and power strips.

- **WARNING:** To reduce the risk of electric shock, DO NOT use this fan with any solid-state speed control and DO NOT insert finger or any object into grill.

- **POLARIZED PLUG:** This appliance has a polarized plug (one blade is wider than the other). To reduce the risk of electric shock, this plug is intended to fit in a polarized outlet only one way. If the plug does not fit fully into the outlet, reverse the plug and try again. It if still does not fit, contact a qualified electrician. DO NOT attempt to change this safety feature.

## USER SERVICING INSTRUCTIONS

**A.** To disconnect, grasp the plug and pull it from the wall outlet. DO NOT unplug by pulling the cord.
**B.** Open fuse cover. Slide open the fuse access cover located on the top of the plug towards to plug blades.
**C.** Remove the fuse by turning the fuse over (end over end) carefully making sure not to break the fuse. (See Fig. 2)
**D.** Risk of fire. Replace fuse only with 5A, 125V fuse.
**E.** Close fuse cover. Slide close the fuse access cover toward the fan cord on the top of the plug.



Fig. 1    Fig. 2    Fig. 3

## NOTICE:

1. When you replace the fuse, DO NOT force the slide suddenly or overexert to reduce the risk of damage.
2. If you experience difficulty replacing the fuse, contact a qualified electrician to help.
3. Risk of fire. Do not replace attachment plug. Contains a safety device (fuse) that should not be removed. Discard product if the attachment plug is damaged.
4. **WARNING:** To Reduce The Risk Of Fire Or Electric Shock, Do Not Use This Fan With Any Solid-State Speed Control Device.
5. This product employs overload protection (fuse). A blown fuse indicates an overload or short-circuit situation. If the fuse blows, unplug the product from the outlet. Replace the fuse as per the user servicing instructions (follow product marking for proper fuse rating) and check the product. If the replacement fuse blows, a short-circuit may be present and the product should be discarded or returned to an authorized service facility for examination and/or repair.
6. Do not operate any fan with a damaged cord or plug. Discard fan or return to an authorized service facility for examination and/or repair.
7. Do not run cord under carpeting. Do not cover cord with throw rugs, runners, or similar coverings. Do not route cord under furniture or appliances. Arrange cord away from traffic area and where it will not be tripped over.
8. This appliance has a polarized plug (one blade is wider than the other). To reduce the risk of electric shock, this plug is intended to fit in a polarized outlet only one way. If the plug does not fit fully in the outlet, reverse the plug. If it still does not fit, contact a qualified electrician. Do not attempt to defeat this safety feature.

## CLEANING AND STORAGE

- To clean your fan, first turn it OFF and UNPLUG the unit.

- Use a soft cloth to wipe the housing. DO NOT use water or any other chemical solution or cleaner. DO NOT soak or immerse the fan in water or liquid.

- DO NOT ATTEMPT TO TAKE THE FAN APART.

- Store in a dry place away from excessive heat and direct sunlight.

- Regular cleaning will ensure optimum performance and appearance of the fan.

- DO NOT kink the power cord when storing or while in use.

## ASSEMBLY

### PARTS LIST



**A) Fan Body**




**B) Base Front**    **C) Base Back**

**D) 4X Fan Screws**



**E) Remote Control**

### Step 1

Your tower fan base is composed of two pieces (BASE FRONT and BASE BACK). The base needs to be connected together prior to attaching it to the tower fan. Align, and then insert, the plastic pegs of the BASE TOP with the holes on the BASE BOTTOM until both pieces snap together.




### Step 2

Now that the base is connected together, turn the tower fan upside down and thread the tower fan's power cord through the hole in the middle of the base.



### Step 3

Next, align the base mount guide peg with the guide hole located on the base. The base will only fit onto the tower fan one way. Once the base is properly aligned on the bottom of the tower fan, insert and tighten the 4 screws to secure the base to the tower fan.




### Step 4

Thread the power cord into the guide on the bottom of the base by gently pressing the wire into the clamps. Your tower fan is now ready for use.




## OPERATION

### CONTROL PANEL

 **POWER** Turns Fan On/Off

 **SPEED SELECTION**
Allows four different speed selections

   
ECON   LOW   MED   HIGH

 **OSCILLATION**
Activates the tower fan's oscillation motor which slowly turns the tower fan from side to side. A blue LED light will appear directly above the button when the oscillation motor is on.

**WIND SELECTION** Activates different fan modes. A blue LED light will appear above the button to show which mode the fan is in.
Fan modes include:

    
Standard Wind  Evening Wind  Breeze Wind

Descriptions of the various modes are featured in the MODE EXPLANATION section below.



**TIMER** Activates a timer that will turn the fan OFF after a certain amount of time. The blue LED lights above the timer button on the control panel indicate hourly increments that can be added together for a total of 15 hours. For example: if there is a blue LED light above the 1h icon and above the 4h icon, the fan will turn off after 5 hours. The fan will turn off automatically only if the timer is activated.

### MODE EXPLANATION

 **STANDARD WIND**
The Standard Wind mode is simply the ECON, LOW, MED, and HIGH speed settings

 **EVENING WIND**
The air flows as an evening breeze which gradually decreases to a light night breeze. The four different Evening Wind modes are shown below:

 **ECON Evening Wind**
The air flow remains at ECON

 **LOW Evening Wind**
The air flow begins at LOW, after half an hour it will drop down to ECON

 **MED Evening Wind**
The air flow begins at MED, after half an hour it will drop down to LOW, after an additional half an hour it will drop down to ECON

 **HIGH Evening Wind**
The air flow begins at HIGH, after half an hour it will drop down to MED, after an additional half an hour it will drop down to LOW, after an additional half an hour it will drop down to ECON

 **BREEZE WIND**
Automatically selects wind speed randomly as you would find outdoors.
The speeds are detailed as follows:

 **ECON Breeze Wind**
The wind settings will fluctuate between MED, LOW and ECON in an 80 second wind cycle that repeats with ECON being the most common

 **LOW Breeze Wind**
The wind settings will fluctuate between MED, LOW and ECON in an 80 second wind cycle that repeats with LOW being the most common

 **MED Breeze Wind**
The wind settings will fluctuate between HIGH, MED, LOW and ECON in an 80 second wind cycle that repeats with MED being the most common

 **HIGH Breeze Wind**
The wind settings will fluctuate between HIGH, MED, LOW and ECON in an 80 second wind cycle that repeats with HIGH being the most common

## OPERATION

### REMOTE CONTROL OPERATION



 **POWER** Turns Fan On/Off

 **SPEED SELECTION**
Allows four different speed selections

 **OSCILLATION**
Turns oscillation On/Off. See page 6 for more details.

 **WIND SELECTION** Allows for three different wind modes. See page 6 for more details.

 **TIMER** Allows for automatic shutoff after preset time selections. See page 6 for more details.



**Prior to first-time operation, please remove the clear plastic tab at the base of the remote and remove plastic covering from the front of the face.**

❶   ❷   ❸ 

1. Push
2. Open

### REMOTE CONTROL BATTERY REPLACEMENT

- On the back of the remote, press the release button on the bottom right hand side. This will allow the tray containing the battery to be released.
- Release the tray by squeezing the small clip and pulling down the tab at the bottom of the remote (Fig. 1).
- Replace the battery with 1 "DL2032" coin cell battery and dispose of properly and in accordance with local law and ordinances.
- Slide the tab back into position until the tray locks into the remote.
- **DO NOT DISPOSE OF BATTERY IN FIRE, BATTERY MAY EXPLODE OR LEAK.**
- This product contains a button battery. If swallowed, it could cause severe injury or death in just 2 hours. Seek medical attention immediately.
- For best performance we recommend using a Duracell DL2032 battery.

This remote controller complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) This device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

NOTE: This remote controller has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.



## PRENDRE SOIN DE LIRE ET DE CONSERVER CES INSTRUCTIONS

**LORSQUE DES APPAREILS ÉLECTROMÉNAGERS SONT UTILISÉS, IL EST RECOMMANDÉ DE TOUJOURS PRENDRE DES PRÉCAUTIONS DE BASE AFIN DE RÉDUIRE LE RISQUE D'INCENDIE, DE CHOC ÉLECTRIQUE, DE BLESSURES ET DE DOMMAGES MATÉRIELS, INCLUANT LES PRÉCAUTIONS SUIVANTES :**

- S'assurer de lire toutes les instructions avant d'utiliser ce produit.
- Ne pas utiliser ce ventilateur que sous les conditions d'utilisation décrites dans ce manuel. Toute autre utilisation non recommandée par le fabricant peut provoquer un incendie, un choc électrique, des blessures ou des dommages matériels, ce qui pourrait annuler la garantie.
- Toujours débrancher l'appareil avant de procéder à son assemblage, son démontage ou son nettoyage.
- Toujours débrancher l'appareil quand il n'est pas utilisé, si vous le déplacez d'un endroit à un autre, et avant de le nettoyer.
- Pour le débrancher, saisir la fiche et la retirer de la prise murale. NE PAS débrancher l'appareil en tirant sur le cordon.
- Le fabricant ne recommande pas l'utilisation d'accessoires et n'en vend pas, car ceux-ci peuvent entraîner des risques.
- Éviter tout contact avec des pièces mobiles.
- NE PAS faire fonctionner le ventilateur si son cordon ou sa fiche sont endommagés, après une défaillance, s'il est tombé par terre ou a été endommagé de quelque manière que ce soit.
- NE PAS faire fonctionner le ventilateur en présence d'explosifs ou de vapeurs inflammables.
- NE PAS placer le ventilateur ou ses pièces à proximité d'une flamme nue, d'une cuisson en cours ou d'appareils de chauffage.
- Il faut faire preuve d'une prudence extrême en cas d'utilisation du ventilateur par des enfants ou à proximité d'eux, et chaque fois que l'appareil est en marche sans surveillance.
- Ce produit est destiné à un usage domestique uniquement et non à un usage commercial ou industriel.
- NE PAS utiliser en plein air.
- Toujours utiliser l'appareil sur une surface plane et sèche.
- NE PAS utiliser le ventilateur si son boitier a été retiré ou est endommagé.
- Si la fiche est mal ajustée à la prise d'alimentation c.a., cela peut entrainer une surchauffe de la fiche; consulter un électricien qualifié le cas échéant.
- NE PAS passer le cordon sous un tapis. NE PAS couvrir le cordon d'alimentation avec un tapis ou un article semblable. Ne pas placer le cordon d'alimentation à un endroit où l'on pourrait le piétiner ou où il pourrait faire trébucher quelqu'un.
- Ce produit est doté d'une protection contre les surcharges (fusible). Si le fusible est déclenché, cela indique une surcharge ou un court-circuit. Dans ce cas, débrancher le produit de la prise électrique. Remplacer le fusible selon les instructions d'entretien. Si le fusible de remplacement se déclenche, se débarrasser de l'appareil ou bien le retourner à un centre de service agréé à des fins d'inspection ou de réparation.
- NE PAS brancher le ventilateur à une source d'alimentation autre qu'une prise polarisée de courant alternatif de 120 volts.
- Ce produit contient une pile bouton.
- En cas d'ingestion, celle-ci pourrait provoquer des blessures graves ou la mort en moins de 2 heures. Le cas échéant, consulter un médecin immédiatement.

**Remarque :** ne pas brancher ce produit dans une rallonge, afin de réduire le risque d'incendie, de choc électrique, de blessures et de dommages matériels. En effet, la rallonge pourrait surchauffer. Si l'utilisation d'une rallonge s'avère nécessaire, utiliser une rallonge courte homologuée UL ou ETL pour réduire les risques de surchauffe. Ne pas brancher le ventilateur sur un appareil connecté à une rallonge. Cela inclut les parasurtenseurs et les multiprises.

- AVERTISSEMENT : afin de réduire les risques de choc électrique, NE PAS utiliser ce ventilateur avec une commande de vitesse à semi-conducteur et NE PAS introduire les doigts ou un objet quelconque dans la grille.
- FICHE POLARISÉE : cet appareil est équipé d'une fiche polarisée (une lame est plus large que l'autre). Afin de réduire les risques de choc électrique, cette fiche ne peut être insérée que dans un sens dans une prise polarisée. Si la fiche ne peut pas rentrer complètement dans la prise, essayer de l'enfiler dans l'autre sens. Si cela ne marche toujours pas, faites appel à un électricien qualifié. NE PAS essayer de contourner cette sécurité.

### INSTRUCTIONS D'ENTRETIEN
A. Pour débrancher l'appareil, saisir la fiche et la retirer de la prise murale. NE PAS débrancher l'appareil en tirant sur le cordon.
B. Ouvrir le couvercle du fusible. Glissez le couvercle d'accès au fusible situé sur le dessus de la fiche vers les lames.
C. Retirer le fusible en le retournant (bout à bout) en veillant soigneusement à ne pas le briser. (Voir Fig. 2)
D. Risque d'incendie. Remplacer le fusible par un fusible de 5 A, 125 V uniquement.
E. Refermer le couvercle du fusible. De façon à le fermer, glisser le couvercle d'accès au fusible, situé sur le dessus de la fiche, vers le cordon du ventilateur.



**Fig. 1**  **Fig. 2**  **Fig. 3**

### AVIS :
1. Lorsque le fusible est remplacé, NE PAS forcer le mouvement de glissement ni exercer une pression excessive, afin de réduire le risque de dommages.
2. Si vous éprouvez des difficultés à remplacer le fusible, faites appel à un électricien qualifié.
3. Risque d'incendie. Ne pas remplacer la fiche de branchement. Elle contient un dispositif de sécurité (fusible) qui ne doit pas être retiré. Jeter le produit si la fiche est endommagée.
4. AVERTISSEMENT : afin de réduire les risques d'incendie ou de choc électrique, ne pas utiliser ce ventilateur avec une commande de vitesse à semi-conducteur.
5. Ce produit est doté d'une protection contre les surcharges (fusible). Si le fusible est grillé, cela indique une surcharge ou un court-circuit. Dans ce cas, débrancher le produit de la prise électrique. Remplacer le fusible selon les instructions d'entretien (respectez les spécifications inscrites sur l'appareil pour obtenir un calibre de fusible approprié) et vérifier l'appareil. Si le fusible de remplacement est grillé, il se peut qu'un court-circuit se soit produit; se débarrasser de l'appareil ou bien le retourner un centre de service agréé à des fins d'inspection ou de réparation.
6. Ne pas faire fonctionner le ventilateur si son cordon ou sa fiche sont endommagés. Se débarasser du ventilateur ou bien le retourner à un centre de service agréé à des fins d'inspection ou de réparation.
7. Ne pas passer le cordon sous un tapis. Ne pas couvrir le cordon d'alimentation avec un tapis ou un article semblable. Ne pas faire passer le cordon sous des meubles ou des appareils ménagers. Ne pas placer le cordon d'alimentation à un endroit où l'on pourrait le piétiner ou où il pourrait faire trébucher quelqu'un.
8. Cet appareil est équipé d'une fiche polarisée (une lame est plus large que l'autre). Afin de réduire les risques de choc électrique, cette fiche ne peut être insérée que dans un sens dans une prise polarisée. Si la fiche ne peut pas rentrer complètement dans la prise, essayer de l'enfiler dans l'autre sens. Si cela ne marche toujours pas, faire appel à un électricien qualifié. Ne pas essayer de contourner cette sécurité.

### NETTOYAGE ET ENTREPOSAGE
- Pour nettoyer le ventilateur, L'ÉTEINDRE d'abord puis LE DÉBRANCHER.
- Utiliser un chiffon doux pour nettoyer le boitier. NE PAS utiliser de l'eau, ou un nettoyant ou une solution de type chimique. NE PAS tremper ou immerger le ventilateur dans de l'eau ou dans un liquide.
- NE PAS ESSAYER DE DÉMONTER LE VENTILATEUR.
- Entreposer l'appareil dans un endroit sec, à l'abri du soleil ou d'une source de chaleur excessive.
- Le nettoyage régulier du ventilateur lui assurera une performance et une apparence optimales.
- NE PAS plier le cordon d'alimentation lorsque l'appareil est utilisé ou rangé.

# ASSEMBLAGE

## LISTE DES PIÈCES



**A) Boitier du ventilateur**

 

**B) Partie avant de la base**  **C) Partie arrière de la base**



**D) 4 vis du boitier**



**F) Télécommande**

### Étape 1
La base du ventilateur est composée de deux pièces (le HAUT DE LA BASE et le BAS DE LA BASE). Il faut connecter la base avant de la fixer au ventilateur. Aligner les chevilles en plastique du HAUT DE LA BASE avec les trous du BAS DE LA BASE, puis les insérer jusqu'à ce que les deux pièces s'enclenchent l'une dans l'autre.

 

### Étape 2
Maintenant que la base est connectée, mettre le ventilateur à l'envers et enfiler son cordon d'alimentation par le trou au centre de la base.



### Étape 3
Aligner ensuite la cheville de guidage du support de base avec le trou de guidage situé sur la base. La base ne peut s'insérer dans le ventilateur que d'une seule façon. Une fois la base correctement alignée avec le bas du ventilateur, insérer et serrer les 4 vis pour fixer la base au ventilateur.

 

### Étape 4
Faire passer le cordon d'alimentation par le guide au bas de la base en enfonçant délicatement le fil dans les agrafes.





## PANNEAU DE CONTRÔLE

 **ALIMENTATION** Allume ou éteint le ventilateur

 **SÉLECTEUR DE VITESSE**
Offre quatre vitesses différentes

   
ÉCON   FAIBLE   MOYEN   FORT

 **OSCILLATION**
Active le moteur d'oscillation du ventilateur de telle sorte qu'il se met à osciller d'un côté à l'autre. Un voyant à DEL bleu s'illumine directement au-dessus du bouton lorsque le moteur d'oscillation est activé.

**MODE SÉLECTEUR DE VENTILATION**
Offre trois modes de ventilation



 **SÉLECTEUR DE VENTILATION** Offre différents modes de ventilation. Un voyant DEL bleu s'illumine directement au-dessus du bouton pour indiquer le mode de ventilation activé. Modes de ventilation disponibles :

 Ventilation standard    Vent du soir    Brise

Les divers modes sont décrits dans la section EXPLICATION DES MODES ci-dessous.

**MINUTEUR** Permet l'arrêt automatique. On augmente la durée de fonctionnement de 1 heure chaque fois qu'on appuie sur la touche. Les voyants à DEL permettent de cumuler une durée maximum de 15 heures.

## EXPLICATION DES MODES

 **Ventilation standard**
Le mode de ventilation standard regroupe les réglages de vitesse ÉCON, FAIBLE, MOYEN et FORT

 **Vent du soir**
Le flux d'air est une brise du soir qui faiblit progressivement pour devenir une brise légère de nuit. Les quatre modes de vent du soir sont décrits ci-dessous :

 **Vent du soir ÉCON**
Le flux d'air se maintient au niveau ÉCON

 **Vent du soir FAIBLE**
FAIBLE — Le flux d'air commence au niveau FAIBLE, puis passe à ÉCON après une demi-heure

 **Vent du soir MOYEN**
MOYEN — Le flux d'air commence au niveau MOYEN, puis passe à FAIBLE après une demi-heure, puis à ÉCON après une autre demi-heure

 **Vent du soir FORT**
FORT — Le flux d'air commence au niveau FORT, puis passe à MOYEN après une demi-heure, puis à FAIBLE après une autre demi-heure, et enfin à ÉCON après une demi-heure supplémentaire

 **Brise**
Sélectionne automatiquement la vitesse de ventilation de manière aléatoire comme si vous étiez dehors. Les vitesses possibles sont comme suit :

 **Brise ÉCON**
Les réglages de ventilation varient de MOYEN à FAIBLE puis ÉCON selon un cycle de 80 secondes qui se répète, le mode ÉCON étant le plus fréquent

 **Brise FAIBLE**
FAIBLE — Les réglages de ventilation varient de MOYEN à FAIBLE puis ÉCON, selon un cycle de 80 secondes qui se répète, le mode FAIBLE étant le plus fréquent

 **Brise MOYENNE**
MOYEN — Les réglages de ventilation varient de FORT à MOYEN, FAIBLE puis ÉCON, selon un cycle de 80 secondes qui se répète, le mode MOYEN étant le plus fréquent

 **Brise FORTE**
FORT — Les réglages de ventilation varient de FORT à MOYEN, FAIBLE puis ÉCON, selon un cycle de 80 secondes qui se répète, le mode FORT étant le plus

## UTILISATION DE LA TÉLÉCOMMANDE



 **ALIMENTATION**
Allume ou éteint le ventilateur

 **SÉLECTEUR DE VITESSE**
Offre quatre vitesses différentes

 **OSCILLATION**
Active/désactive le mode d'oscillation. Voir la page 6 pour plus de détails.

 **SÉLECTEUR DE VENTILATION** Offre trois modes de ventilation. Voir la page 6 pour plus de détails.

 **MINUTEUR** Permet l'arrêt automatique après des durées prédéfinies. Voir la page 6 pour plus de détails.

**Avant la première utilisation, retirer la languette en plastique transparent à la base de la télécommande et enlever la pellicule en plastique à l'avant.**



1. Pousser
2. Ouvrir



Cette télécommande est conforme à la section 15 de la réglementation de la FCC. L'utilisation est assujettie aux deux conditions suivantes : (1) cet appareil ne peut pas causer d'interférence nocive et (2) cet appareil doit accepter toute interférence reçue, y compris les interférences pouvant entraîner un fonctionnement indésirable.

REMARQUE : cette télécommande a été testée et reconnue conforme aux limitations pour appareils numériques de classe B, en vertu de la section 15 de la réglementation de la FCC. Ces limites sont destinées à fournir une protection raisonnable contre les interférences dangereuses lors d'une installation résidentielle. Cet équipement produit, utilise et peut rayonner de l'énergie en radiofréquence et, s'il n'est pas installé et utilisé conformément aux directives, il peut causer une interférence nuisible dans les communications radio. En revanche, il n'y a aucune garantie que des interférences ne surviendront pas dans une installation particulière. Si ce matériel cause une interférence nuisible à la réception radiophonique ou télévisuelle, vérifiable en allumant puis en éteignant l'appareil, l'utilisateur est prié d'essayer de corriger l'interférence en prenant l'une ou l'autre des mesures suivantes :

- Réorienter ou déplacer l'antenne de réception.
- Éloigner davantage l'appareil du récepteur.
- Brancher l'appareil dans une prise de courant dans un circuit différent de celui où est branché le récepteur.
- Consulter le revendeur ou un technicien expérimenté en radio/télévision pour obtenir de l'aide.

## REMPLACEMENT DE LA PILE DE LA TÉLÉCOMMANDE

- Appuyer sur le bouton de dégagement au coin inférieur droit, à l'arrière de la télécommande. Cela permettra de dégager le petit plateau contenant la pile.
- Dégager le plateau en appuyant sur la petite tige et en tirant vers le bas la languette au bas de la télécommande (Fig. 1).
- Remplacer la pile par 1 pile bouton « DL2032 » et la mettre au rebut de manière responsable, conformément à la réglementation en vigueur.
- Glisser la languette pour la remettre en place de sorte que le plateau se verrouille dans la télécommande.
- NE PAS JETER LA PILE DANS LE FEU, CAR ELLE POURRAIT EXPLOSER OU FUIR.
- Ce produit contient une pile bouton. En cas d'ingestion, celle-ci pourrait provoquer des blessures graves ou la mort en moins de 2 heures. Le cas échéant, consulter un médecin immédiatement.
- Pour assurer une performance optimale, il est recommandé d'utiliser une pile Duracell DL2032.

## LEA Y CONSERVE ESTAS INSTRUCCIONES

## CUANDO UTILICE APARATOS ELÉCTRICOS, SIEMPRE DEBE SEGUIR PRECAUCIONES BÁSICAS PARA REDUCIR EL RIESGO DE INCENDIO, DESCARGA ELÉCTRICA, LESIONES PERSONALES O DAÑOS A LA PROPIEDAD, INCLUYENDO LO SIGUIENTE:

- Lea todas las instrucciones antes de usar este producto.
- Utilice este ventilador únicamente como se describe en este manual. Cualquier otro uso no recomendado por el fabricante puede ocasionar un incendio, descarga eléctrica o lesiones personales o daños a la propiedad y puede anular la garantía.
- Siempre desconecte la unidad antes de armar, desarmar o limpiar.
- Siempre desconecte la unidad cuando no esté en uso, cuando se traslade de una ubicación a otra y antes de limpiarla.
- Para desconectar, sujete el enchufe y retírelo del tomacorriente de la pared. NO jale el cable para desconectarlo.
- El fabricante no recomienda el uso ni vende accesorios, ya que pueden representar un peligro.
- Evite el contacto con las piezas movibles.
- NO ponga a funcionar ningún ventilador con un cable o enchufe dañado, después de un mal funcionamiento o si lo dejó caer o lo dañó de alguna manera.
- NO ponga a funcionar ningún ventilador en la presencia de gases explosivos o inflamables.
- NO coloque el ventilador ni ninguna pieza cerca de una llama abierta, aparato de cocina o de calefacción.
- Es necesario tomar medidas de precaución extremas cuando el ventilador es utilizado por o cerca de niños y siempre que el ventilador esté funcionando sin supervisión. Este producto está diseñado únicamente para uso en el hogar y no para uso comercial ni industrial.
- NO lo use en exteriores.
- Siempre utilice sobre una superficie seca y nivelada.
- NO ponga a funcionar si desinstaló la caja del ventilador o si está dañada.
- Un adaptador flojo entre el tomacorriente de c.a. y el enchufe puede ocasionar sobrecalentamiento del enchufe; consulte con un electricista calificado.
- NO pase el cable por debajo de la alfombra. NO cubra el cable con alfombras, tapetes o cosas similares. Coloque el cable lejos del área de paso y donde las personas no tropiecen con él.
- Este producto usa protección contra sobrecarga (fusible). Un fusible averiado indica una sobrecarga o un cortocircuito. Si el fusible está averiado, desconecte el producto del tomacorriente. Reemplace el fusible según las instrucciones de servicio del usuario. Si el fusible de reemplazo está averiado, debe desechar el producto o devolverlo a un centro de servicio autorizado para su revisión o reparación.
- NO conecte el ventilador a una fuente de energía que no sea un tomacorriente polarizado de corriente alterna de 120 V.
- Este producto contiene una batería tipo botón.
- Si se traga, podría ocasionar un daño grave e incluso la muerte en sólo 2 horas. Busque atención médica de inmediato.

**Nota: Para reducir el riesgo de incendio, descarga eléctrica, lesiones personales o daños a la propiedad, no conecte este producto con cables de extensión. El cable de extensión podría sobrecalentarse. Si es necesario utilizar un cable de extensión, utilice uno corto con certificación de UL o ETL para disminuir la probabilidad de sobrecalentamiento. No conecte el ventilador en ningún dispositivo conectado a un cable. Esto incluye protectores contra sobrevoltaje, adaptadores de enchufe múltiples y multicontactos.**

ADVERTENCIA: Para reducir el riesgo de descarga eléctrica, NO utilice este ventilador con ningún control de velocidad de estado sólido y NO inserte los dedos ni ningún otro objeto en la rejilla.

CONECTOR POLARIZADO: Este aparato tiene un enchufe polarizado (una clavija es más ancha que la otra). Para reducir el riesgo de descarga eléctrica, este enchufe está diseñado para ajustarse a un tomacorriente polarizado de una sola forma. Si el enchufe no se ajusta completamente al tomacorriente, cambie la posición del enchufe e intente de nuevo. Si aún así no ajusta, comuníquese con un electricista calificado. NO intente cambiar esta característica de seguridad.

### INSTRUCCIONES DE SERVICIO PARA EL USUARIO
A. Para desconectar, sujete el enchufe y retírelo del tomacorriente de la pared. NO jale el cable para desconectarlo.
B. Abra la cubierta de fusibles. Deslice la cubierta de acceso a los fusibles para abrirla, la cual que se encuentra en la parte superior del enchufe en dirección hacia las clavijas.
C. Retire el fusible dándole vuelta con cuidado (de extremo a extremo), asegurándose de no romperlo. (Vea la Fig. 2)
D. Riesgo de incendio. Reemplace el fusible únicamente con un fusible de 5A, 125 V.
E. Cierre la cubierta del fusible. Deslice la cubierta de acceso a los fusibles para cerrarla, hacia el cable del ventilador en la parte superior del enchufe.



Fig. 1    Fig. 2 Lorem ipsum Fig. 3

### ATENCIÓN:
1. Cuando reemplace el fusible, NO fuerce el movimiento de deslizamiento repentinamente ni haga presión excesiva para reducir el riesgo de daño.
2. Si tiene dificultad para reemplazar el fusible, llame a un electricista calificado para que lo ayude.
3. Riesgo de incendio. No reemplace el accesorio del enchufe. Contiene un dispositivo de seguridad (fusible) que no se debe desinstalar. Deseche el producto si el enchufe está dañado.
4. ADVERTENCIA: Para reducir el riesgo de incendio o de descarga eléctrica, no utilice este ventilador con ningún dispositivo de control de velocidad de estado sólido.
5. Este producto usa protección contra sobrecarga (fusible). Un fusible quemado indica una sobrecarga o un cortocircuito. Si el fusible se quema, desconecte el producto del tomacorriente. Reemplace el fusible según las instrucciones de servicio del usuario (siga las indicaciones del producto para ver la clasificación adecuada del fusible) y revise el producto. Si el fusible de reemplazo se funde, es probable que exista un cortocircuito y debe desechar el producto o devolverlo a un centro de servicio autorizado para su revisión o reparación.
6. No ponga a funcionar ningún ventilador con un cable o enchufe dañado. Deseche el ventilador o devuélvalo a un centro de servicio autorizado para su revisión o reparación.
7. No pase el cable por debajo de la alfombra. No cubra el cable con alfombras, tapetes o cubiertas similares. No dirija el cable debajo de los muebles o aparatos. Coloque el cable lejos del área de paso y donde las personas no tropiecen con él.
8. Este aparato tiene un enchufe polarizado (una clavija es más ancha que la otra). Para reducir el riesgo de descarga eléctrica, este enchufe está diseñado para ajustarse a un tomacorriente polarizado de una sola forma. Si el enchufe no se ajusta completamente al tomacorriente, cambie la posición del enchufe. Si aun así no ajusta, comuníquese con un electricista calificado. No intente modificar esta característica de seguridad.

### LIMPIEZA Y ALMACENAMIENTO
Para limpiar su ventilador, primero APÁGUELO y DESCONECTE la unidad.
Utilice un paño suave para limpiar la caja. NO utilice agua ni ninguna otra solución química o limpiador. NO remoje ni sumerja el ventilador en agua o en otro líquido.
NO INTENTE DESARMAR EL VENTILADOR.
Guárdelo en un lugar seco, lejos del calor excesivo y de la luz solar directa.
La limpieza habitual garantiza la apariencia y el rendimiento óptimo del ventilador.
NO doble el cable eléctrico cuando lo guarde o cuando esté en uso.

# ENSAMBLE

## LISTA DE PIEZAS



**A) Cuerpo del ventilador**

 

**B) Base frontal**   **C) Base posterior**



**D) 4 tornillos para ventilador**



**E) Control remoto**

## Paso 1

La base de su ventilador de torre está compuesta por dos piezas (BASE FRONTAL y BASE POSTERIOR). Es necesario conectar la base antes de ensamblarla al ventilador de torre. Alinee los postes plásticos de la BASE FRONTAL con los agujeros de la BASE POSTERIOR y luego insértelos, hasta que ambas piezas encajen.

 

## Paso 3

A continuación, alinee el poste de guía de montaje de la base con el agujero guía que se encuentra en la base. La base solo encajará en el ventilador de torre en una determinada posición. Cuando la base esté correctamente alineada en la parte inferior del ventilador de torre, inserte y apriete los 4 tornillos para asegurar la base al ventilador.

 

# ENSAMBLE

## Paso 2

Ahora que la base está conectada, coloque el ventilador de torre en posición invertida y pase el cable de alimentación a través del agujero central de la base.



## Paso 4

Pase el cable de alimentación por la guía que está en la parte inferior de la base y presione suavemente el cable hacia las abrazaderas.





# OPERACIÓN

## PANEL DE CONTROL

 **ENCENDIDO** Enciende/apaga el ventilador

 **SELECCIÓN DE VELOCIDAD**
Permite cuatro selecciones de velocidad distintas



      
**ECON**  **BAJO**  **MEDIO**  **ALTO**

 **OSCILACIÓN**
Activa el motor de oscilación del ventilador de torre, el cual lo hace girar lentamente de un lado a otro. Una luz LED de color azul aparecerá directamente encima del botón cuando el motor de oscilación esté encendido.

**SELECCIÓN DE AIRE** Activa los diferentes modos del ventilador. Una luz LED de color azul aparecerá directamente encima del botón para indicar en qué modo está el ventilador. Los modos del ventilador incluyen:

|  |  |  | |
|---|---|---|---|
| **Aire estándar** | **Aire de la tarde** | **Brisa de aire** | Las descripciones de los diversos modos se incluyen en la sección EXPLICACIÓN DE MODOS a continuación. |



**TEMPORIZADOR**
Permite el apagado automático. El tiempo aumenta en 1 hora con cada pulsación del botón. Los indicadores LED son acumulativos hasta un máximo de 15 horas.

## EXPLICACIÓN DE MODOS

 **Aire estándar**
El modo Aire estándar es sencillamente el ajuste de velocidad ECON, BAJO, MEDIO y ALTO

 **Aire de la tarde**
El aire fluye como una brisa de la tarde que se reduce gradualmente a una ligera brisa nocturna. A continuación se detallan los cuatro modos diferentes de Aire de la tarde:

 **Aire de la tarde ECON**
El flujo de aire permanece en ECON

 **Aire de la tarde BAJO**
**BAJO** El flujo de aire comienza en BAJO, después de media hora disminuye a ECON

 **Aire de la tarde MED**
**MED** El flujo de aire comienza en MED, después de media hora disminuye a BAJO, después de media hora adicional, disminuye a ECON.

 **Aire de la tarde ALTO**
**ALTO** El flujo de aire comienza en ALTO, después de media hora disminuye a MED, después de media hora adicional disminuye a BAJO, y después de media hora adicional disminuye a ECON.

 **Brisa de aire**
Selecciona automáticamente la velocidad del aire al azar como sería al aire libre. Las velocidades se describen como sigue:

 **Brisa de aire ECON**
Los ajustes de aire fluctúan entre MED, BAJO y ECON en un ciclo de aire de 80 segundos que se repite, siendo el modo ECON el más común

 **Brisa de aire BAJO**
**BAJO** Los ajustes de aire fluctúan entre MED, BAJO y ECON en un ciclo de aire de 80 segundos que se repite, siendo el modo BAJO el más común

 **Brisa de aire MED**
**MED** Los ajustes de aire fluctúan entre ALTO, MEDIO, BAJO y ECON en un ciclo de aire de 80 segundos que se repite, siendo el modo MEDIO el más común

 **Brisa de aire ALTO**
**ALTO** Los ajustes de aire fluctúan entre ALTO, MEDIO, BAJO y ECON en un ciclo de aire de 80 segundos que se repite, siendo el modo ALTO el más común

## FUNCIONAMIENTO DEL CONTROL REMOTO

# OPERACIÓN



 **ENCENDIDO**
Enciende/apaga el ventilador

 **SELECCIÓN DE VELOCIDAD**
Permite cuatro selecciones de velocidad distintas

 **OSCILACIÓN**
Enciende/apaga la oscilación. Consulte la página 6 para obtener más información.

 **SELECCIÓN DE AIRE**
Permite utilizar tres modos de aire distintos. Consulte la página 6 para obtener más información.

 **TEMPORIZADOR**
Permite el apagado automático después de las selecciones de tiempo predeterminadas. Consulte la página 6 para obtener más información.



**Antes de poner a funcionar el ventilador por primera vez, retire la lengüeta de plástico transparente que está en la base del control remoto y retire la cubierta plástica de la parte delantera de la superficie.**

❶   ❷   ❸  

1. Empujar
2. Abrir

Este control remoto cumple con el Apartado 15 de los Reglamentos FCC. El funcionamiento está sujeto a las dos condiciones siguientes: (1) Este dispositivo no puede causar interferencia nociva y (2) este dispositivo debe aceptar cualquier interferencia que reciba, incluyendo interferencia que pueda ocasionar funcionamiento no deseado.

NOTA: Este control remoto fue probado y se determinó que cumple con los límites para un dispositivo digital Clase B, de conformidad con la Parte 15 de los Reglamentos FCC. Estos límites están diseñados para proporcionar protección razonable contra la interferencia nociva en una instalación residencial. Este equipo genera, utiliza y puede irradiar energía de radiofrecuencia y, si no se instala y utiliza según las instrucciones, puede ocasionar una interferencia nociva para las comunicaciones de radio. Sin embargo, no hay ninguna garantía de que no ocurrirá interferencia en una instalación específica. Si este equipo provoca una interferencia nociva para la recepción de radio o televisión, lo que puede determinar al apagar y encender el equipo, se recomienda que el usuario intente corregir la interferencia con una o más de las medidas siguientes:

Cambie la orientación o ubicación de la antena de recepción.

Aumente la separación entre el equipo y el receptor.

Conecte el equipo a un tomacorriente de un circuito distinto a donde está conectado el receptor.

Consulte con el distribuidor o con un técnico experto en TV/radio para recibir ayuda.

## REEMPLAZO DE LA BATERÍA DEL CONTROL REMOTO

En la parte posterior del control remoto, presione el botón de liberación ubicado en el lado inferior derecho. Esto liberará la bandeja que contiene la batería.

Libere la bandeja al apretar el sujetador pequeño y bajar la lengüeta en la parte inferior del control remoto (Fig. 1).

Reemplace la batería con 1 batería tipo botón DL2032 y deséchela adecuadamente y de acuerdo a las leyes y regulaciones locales.

Vuelva a deslizar la lengüeta a su posición hasta que la bandeja trabe en el control remoto.

NO DESECHE LA BATERÍA EN EL FUEGO; LA BATERÍA PODRÍA EXPLOTAR O PODRÍA TENER FUGAS.

Este producto contiene una batería tipo botón. Si se traga, podría ocasionar un daño grave e incluso la muerte en sólo 2 horas. Busque atención médica de inmediato.

Para obtener un mejor rendimiento, recomendamos utilizar una batería Duracell DL2032.

## TROUBLESHOOTING

| Problem | Possible Cause | Solution |
| --- | --- | --- |
| The fan is not operating. | The plug is not fully inserted into the wall outlet. | Make sure that the plug is fully inserted into the base AC wall outlet. |
| | The wall outlet experienced an overload. | Unplug the fan. Inspect the main electrical breaker box. If you find a tripped breaker, reset it. If the problem persists, contact a qualified, licensed electrician. |
| | Fuse in plug fails. | Remove and inspect the fuse located in the plug. If the fuse is tripped, replace with the appropriate 5 amp, 125V fuse. If the problem persists, contact a qualified, licensed electrician. |
| | The fan is defective. | Contact customer service at customerservice@ blackstoneltd.com or call 1-888-525-7969 for assistance. |
| The remote control does not operate the fan. | Make sure remote is pointed toward front infrared window of fan | |
| | Inspect the battery to ensure it is correctly installed. | Replace the battery. For best performance we recommend using a Duracell DL2032 battery. |
| | The battery is expired. | If the problem persists, contact customer service at customerservice@blackstoneltd.com or call 1-888-525-7969 for assistance. |
| The fan(s) are missing parts. | Omitted parts are extremely rare due to stringent quality control during assembly; however there is a possibility that parts can be omitted. | Contact customer service at customerservice@blackstoneltd.com or call 1-888-525-7969 to request a replacement fan. |

## DÉPANNAGE

| Problème | Cause possible | Solution |
| --- | --- | --- |
| Ce ventilateur ne fonctionne pas. | La fiche n'est pas bien insérée dans la prise murale. | Assurez-vous que la fiche est bien insérée dans la prise murale c.a. |
| | La prise murale a subi une surcharge. | Débranchez le ventilateur. Inspectez la boîte des disjoncteurs principale. Si vous trouvez un disjoncteur qui s'est déclenché, réarmez-le. Si le problème persiste, contactez un électricien agréé. |
| | Le fusible dans la fiche est défectueux. | Retirez et inspectez le fusible qui se trouve dans la fiche. Si le fusible est déclenché, remplacez-le par un fusible de 5 A, 125 V. Si le problème persiste, contactez un électricien agréé. |
| | Le ventilateur est défectueux. | Contactez le service à la clientèle au customerservice@black-stoneltd.com ou composez le 1-888-525-7969 pour obtenir de l'aide. |
| La télécommande ne fait pas fonctionner le ventilateur. | Assurez-vous que la télécommande est dirigée vers la fenêtre infrarouge avant du entilateur. | |
| | Inspectez la pile pour vous assurer qu'elle est correctement installée. | Remplacez la pile. Pour assurer une performance optimale, nous recommandons d'utiliser une pile Duracell DL2032. |
| | La pile est déchargée. | Si le problème persiste, contactez le service à la clientèle au customerservice@blackstoneltd.com ou composez le 1-888-525-7969 pour obtenir de l'aide. |
| Il manque des pièces au ventilateur. | En raison des contrôles de qualité rigoureux que nous avons mis en place durant l'assemblage, il est extrêmement rare que des pièces soient manquantes, mais cela peut arriver. | Contactez le service à la clientèle au customerservice@black-stoneltd.com ou composez le 1-888-525-7969 pour demander un ventilateur de rechange. |

## SOLUCIÓN DE PROBLEMAS

| Problema | Causa probable | Solución |
|---|---|---|
| El ventilador no está funcionando. | El enchufe no está completamente insertado en el tomacorriente de la pared. | Asegúrese de que el enchufe esté debidamente insertado en el tomacorriente de c.a. de la pared. |
| | El tomacorriente de la pared ha sufrido una sobrecarga. | Desconecte el ventilador. Inspeccione la caja principal de interruptores eléctricos. Si hay un interruptor averiado, reinícielo. Si el problema persiste, comuníquese con un electricista calificado y certificado. |
| | El fusible del enchufe no funciona. | Retire e inspeccione el fusible ubicado en el enchufe. Si el fusible está averiado, reemplace con el fusible de 5 A, 125 V adecuado. Si el problema persiste, comuníquese con un electricista calificado y certificado. |
| | El ventilador está defectuoso. | Comuníquese con servicio al cliente a customerservice@blackstoneltd.com o llame al 1-888-525-7969 para recibir asistencia. |
| El control remoto no hace funcionar el ventilador. | Asegúrese de que el control remoto esté orientado hacia la ventana infrarroja delantera del ventilador | |
| | Inspeccione la batería para asegurarse de que esté instalada correctamente. | Reemplace la batería. Para obtener un mejor rendimiento, recomendamos utilizar una batería Duracell DL2032. Si el problema persiste, comuníquese con Servicio al cliente a customerservice@blackstoneltd.com o llame al 1-888-525-7969 para recibir asistencia. |
| | La batería ya no sirve. | |
| Le faltan piezas a los ventiladores. | Esto es extremadamente raro debido al riguroso control de calidad durante el ensamble; sin embargo, existe la posibilidad de que se hayan omitido algunas piezas. | Comuníquese con servicio al cliente a customerservice@blackstoneltd.com o llame al 1-888-525-7969 para solicitar un ventilador de reemplazo. |

Distributed by:
Costco Wholesale Corporation
P.O. Box 34535
Seattle, WA 98124-1535
USA
1-800-774-2678
www.costco.com

Imported by / Importé par :
Costco Wholesale Canada Ltd.*
415 W. Hunt Club Road
Ottawa, Ontario
K2E 1C5, Canada
1-800-463-3783
www.costco.ca
* faisant affaire au Québec sous le nom les Entrepôts Costco

Importado por:
Importadora Primex S.A. de C.V.
Blvd. Magnocentro No. 4
San Fernando La Herradura
Huixquilucan, Estado de México
C.P. 52765
RFC: IPR-930907-S70
(55)-5246-5500
www.costco.com.mx

Imported by:
Costco Wholesale Australia Pty Ltd
17-21 Parramatta Road
Lidcombe, NSW 2141
Australia
www.costco.com.au

Imported by:
Costco Wholesale UK Ltd /
Costco Online UK Ltd
Hartspring Lane
Watford, Herts
WD25 8JS
United Kingdom
01923 213113
www.costco.co.uk

Importado por:
Costco Wholesale Spain S.L.U.
Polígono Empresarial Los Gavilanes
C/ Agustín de Betancourt, 17
28906 Getafe (Madrid) España
NIF: B86509460
900 111 155
www.costco.es

Distributed by:
Costco Wholesale Iceland ehf.
Kauptún 3-7, 210 Gardabaer
Iceland
www.costco.is

Distribué par :
Costco France
1 avenue de Bréhat
91140 Villebon-sur-Yvette
France
01 80 45 01 10
www.costco.fr

Imported by:
Costco Wholesale Japan Ltd.
3-1-4 Ikegami-Shincho
Kawasaki-ku, Kawasaki-shi,
Kanagawa 210-0832 Japan
044-281-2600
www.costco.co.jp

Imported and Distributed by:
Costco Wholesale Korea, Ltd.
40, Iljik-ro
Gwangmyeong-si
Gyeonggi-do, 14347, Korea
1899-9900
www.costco.co.kr

Imported by / Manufactured for:
Costco President Taiwan, Inc.
No. 656 Chung-Hwa 5th Road
Kaohsiung, Taiwan
Company Tax ID: 96972798
449-9909 or 02-449-9909 (if cellphone)
www.costco.com.tw

Imported by / Distributed by:
Shanghai Minhang Costco Trading Co., Ltd
Unit 109, No 388, Lian You Road
Minhang District, Shanghai
China 201107
+86-21-6257-7065

MADE IN CHINA / FABRIQUÉ EN CHINE / HECHO EN CHINA

© 2019 Blackstone International Ltd. and other trademarks are the property of the respective owners. All other brand names and logos are registered trademarks of their respective owners. Specifications are subject to change without notice.
© 2019 Blackstone International Ltd. et les autres marques appartiennent à leurs propriétaires respectifs. Toutes les autres marques et logos sont des marques de commerce déposées de leurs propriétaires respectifs. Les spécifications sont sujettes à changements sans préavis.
© 2019 Blackstone International Ltd. y otras marcas comerciales son propiedad de sus respectivos propietarios. Todos los demás nombres de marcas y logotipos son marcas comerciales registradas de sus respectivos propietarios. Las especificaciones están sujetas a cambio sin aviso.

## CUSTOMER SERVICE

### HAVE A PROBLEM? DO NOT RETURN TO PLACE OF PURCHASE. PLEASE CONTACT CUSTOMER SERVICE.

Should you have any questions or comments please contact us at:
customerservice@blackstoneltd.com
**1-888-525-7969**

**WARRANTY:** This fan includes a one (1) year warranty, which covers manufacturer defects and workmanship under normal use. Warranty is offered only to the original purchaser. Proof of purchase is required. Proof of purchase constitutes a dated sales receipt. This warranty is void if the fan(s) have been subject to abuse such as: being dropped which could result in damage to the fan cabinets, motors, fan controls, etc. immersion in or exposure to water, exposure to excessive heat, outdoor usage, any use other than household use, disassembly, repair or alteration by anyone other than an authorized service provider, use on improper voltage or current, or any use contrary to the user instructions. Batteries and battery life are not covered in this warranty. No other warranties are expressed or implied. To receive coverage under this warranty, contact customer service for consultation and/or replacement. **DO NOT** attempt to repair any electrical or mechanical functions of this product; doing so will void this warranty and could lead to injury.

**WARRANTY ACTIVATION:** To activate the warranty for this product please visit:
http://www.blackstoneinternational.ltd/product-registration.html

## SERVICE À LA CLIENTÈLE

### VOUS AVEZ UN PROBLÈME? NE PAS RETOURNER LE PRODUIT LÀ OÙ VOUS L'AVEZ ACHETÉ. VEUILLEZ CONTACTER LE SERVICE À LA CLIENTÈLE.

Si vous avez des questions ou des commentaires, veuillez nous contacter au : customerservice@blackstoneltd.com
**1-888-525-7969**

**GARANTIE :** Ce ventilateur comporte une garantie d'un (1) an offrant une couverture contre tout défaut de matériau et de fabrication dans des conditions normales d'utilisation. La garantie est offerte uniquement à l'acheteur initial. Une preuve d'achat est requise pour toute couverture. Le reçu de caisse daté constitue une preuve d'achat. La garantie est nulle si le ventilateur a été utilisé d'une manière abusive telle que : une chute qui pourrait causer des dommages aux compartiments, moteurs et commandes du ventilateur, etc.; une immersion dans de l'eau ou une exposition à de l'eau; une exposition à une chaleur excessive; une utilisation à l'extérieur; toute utilisation autre qu'une utilisation domestique; un démontage, une réparation ou une modification par quiconque autre qu'un fournisseur de services autorisé; une utilisation avec une tension ou une alimentation inappropriée; ou toute utilisation contraire au mode d'emploi.
Les piles et leur durée de vie ne sont pas couvertes par cette garantie. Il n'existe aucune autre garantie expresse ou implicite. Pour bénéficier de la couverture en vertu de cette garantie, contactez le service à la clientèle pour consultation et/ou remplacement. NE PAS essayer de réparer une partie électrique ou mécanique quelconque de ce produit; cela annulera la garantie et pourrait entraîner des blessures.

**ACTIVATION DE LA GARANTIE :** Pour activer la garantie de ce produit, veuillez visiter :
https://www.blackstoneinternational.ltd/product-registratio.html

## SERVICIO AL CLIENTE

### ¿TIENE UN PROBLEMA? NO DEVUELVA EL PRODUCTO AL LUGAR DONDE LO COMPRÓ. COMUNÍQUESE CON SERVICIO AL CLIENTE.

Si tiene alguna pregunta o comentario, comuníquese con nosotros a: customerservice@blackstoneltd.com
**1-888-525-7969**

**GARANTÍA:** Este ventilador incluye garantía de un (1) año que cubre defectos del fabricante y de mano de obra con el uso normal. La garantía aplica únicamente al comprador original. Se requiere prueba de compra. La prueba de compra la constituye un recibo de venta con fecha. Esta garantía se anula si el ventilador se ha sometido a mal uso, como: dejarlo caer y dañar la caja del ventilador, motores, controles del ventilador, etc.; inmersión o exposición al agua; exposición a calor excesivo, uso en exteriores, cualquier otro uso distinto al uso en el hogar; desarmado, reparación o modificación por parte de cualquier otra persona que no sea un proveedor de servicio autorizado; uso de voltaje o corriente incorrecto o cualquier otro uso contrario a las instrucciones del usuario.
La garantía no cubre las baterías ni la vida útil de la batería. No se hace ninguna otra garantía expresa ni implícita. Para recibir cobertura de conformidad con esta garantía, comuníquese con servicio al cliente para realizar una consulta o reemplazo. NO intente reparar ninguna función eléctrica o mecánica de este producto; hacerlo podría anular esta garantía y podría ocasionar lesiones.
NO intente reparar ninguna función eléctrica o mecánica de este producto; hacerlo podría anular esta garantía y podría ocasionar lesiones.

**ACTIVACIÓN DE LA GARANTÍA:** Para activar la garantía de este producto visite:
https://www.blackstoneinternational.ltd/product-registration.html